UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: Kenneth T. Jaeger  
DEBTORS

CASE NUMBER: 16-30937-jam

CHAPTER 7

## NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

**Wells Fargo Bank, NA**, (the "Movant") has filed a    Motion For Relief From Automatic Stay (Real Property) (the "Contested Matter"), in the above-captioned case.  Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than **July 27, 2016\***.  In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, see, 11 U.S.C. § 102 (1).

Dated: **July 13, 2016**                               By:   **Wells Fargo Bank, NA**

\*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: 16-30937-jam ) | Chapter 7 Proceeding |
| ) | |
| **Kenneth T. Jaeger**  ) | |
| Debtor  ) | |
| ) | |
| ) | |
| **Wells Fargo Bank, NA**  ) | |
| Movant  ) | |
| ) | |
| vs.  ) | |
| ) | |
| **Kenneth T. Jaeger**  ) | |
| **and Barbara H. Katz, Trustee**  ) | |
| Respondent  ) | July 13, 2016 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (REAL PROPERTY)

Wells Fargo Bank, NA ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor, Kenneth T. Jaeger and Barbara J. Jeager having an address of **241 Forest Road, Northford, Connecticut 06472-1501** (the "Property"). In further support of this Motion, Movant respectfully states:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on June 17, 2016.

2.  The Debtor and Barbara J. Jeager have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $214,011.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note and the Mortgage (defined below).

3. Pursuant to that certain Open-End Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor and Barbara J. Jeager under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

4. Said Mortgage was assigned to the Movant by virtue of an assignment of mortgage, a copy of which is attached hereto as Exhibit C.

5. The Debtor's statement of intention indicates the Property is to be surrendered, a copy of which is attached hereto as Exhibit D.

6. As of July 7, 2016, the approximate outstanding amount of the Obligations less any partial payments or suspense balance is $222,799.57 and is at least $216,811.76 per Debtor's Schedule D which is attached hereto as Exhibit E.

7. A Judgment of Strict Foreclosure entered on April 25, 2016, in New Haven Superior Court Docket No. NNH-CV-15-6056463-S. See Order listing evidence of total debt and the fair market value attached hereto as Exhibit F.

8. As of July 7, 2016, the Debtor have failed to make payments in an aggregate amount sufficient to satisfy in full the payment contractually due under the Note on January 1, 2015 or any full payment contractually due under the Note thereafter. See Affidavit of Debt, filed with the New Haven Superior Court on April 20, 2016, attached hereto as Exhibit G.

9. The estimated market value of the Property is $218,000.00. The basis for such valuation is Debtor's Schedule A, attached hereto as Exhibit H.

10. Upon information and belief, the encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, listed in order of priority are: (i) Movant $222,799.57 (ii) Bendett & McHugh P.C.

$1.00; and (iii) State of Connecticut, Dep't of Revenue Services $1.00. See evidence of the additional encumbrance listed in Debtor's Schedule D as Exhibit E.

11. The Schedules of the Debtor do not list an exemption for the Property.

12. Pursuant to 11 U.S.C. § 362(d)(1), cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant and any successors or assigns to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That based on the facts set forth in the motion, the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For such other relief as the Court deems proper.

Wells Fargo Bank, NA

By /s/ Tracy F. Allen
Tracy F. Allen
The Movant's Attorney
Federal Bar No.ct27818
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re:16-30937-jam | ) Chapter 7 Proceeding |
| | ) |
| **Kenneth T. Jaeger** | ) |
| Debtor | ) |
| | ) |
| | ) Doc. I.D. No. |
| **Wells Fargo Bank, NA** | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| **Kenneth T. Jaeger** | ) |
| **and Barbara H. Katz, Trustee** | ) |
| Respondent | ) |

## ORDER GRANTING MOTION FOR RELIEF

After notice and a hearing, *see* Bankruptcy Code Section 102(1), on Wells Fargo Bank, NA, (hereafter, the "Movant"), Motion for Relief from the Automatic Stay, (hereafter, the "Motion")  Doc. I.D. No. ____:

**IT IS HEREBY ORDERED** that the Motion is Granted—the automatic stay of 11 U.S.C. § 362(a) is modified to permit the Movant, its designated servicing agent, and/or its successors and assigns to commence, continue, and prosecute to judgment a foreclosure action and obtain possession in accordance with applicable state law and otherwise exercise its rights, if any, with respect to real property known as **241 Forest Road, Northford, Connecticut 06472-1501** in accordance with applicable state law, and

**IT IS FURTHER ORDERED** that the 14-day stay of Fed.R.Bankr.P. 4001 (a)(3) is not applicable and the Movant may immediately enforce and implement this order.

Dated: _____                    BY THE COURT

                                                  _____
                                                  Honorable Julie A. Manning
                                                  U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: 16-30937-jam | ) | Chapter 7 Proceeding |
| | ) | |
| **Kenneth T. Jaeger** | ) | |
| Debtor | ) | |
| | ) | |
| **Wells Fargo Bank, NA** | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Kenneth T. Jaeger** | ) | |
| **and Barbara H. Katz, Trustee** | ) | |
| Respondent | ) | July 13, 2016 |

### CERTIFICATION OF SERVICE

The undersigned (the "Movant") hereby certifies that, on the 13th day of July, 2016, in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., the following have been served upon all parties entitled to notice:1) a copy of the contested matter, 2) a copy of the proposed order, and 3) a Notice of Contested Matter Response Deadline.

Kenneth T. Jaeger  
Debtor  
241 Forest Road  
Northford, CT 06472-1501  
*Via First Class Mail*

Barbara J. Jeager  
241 Forest Road  
Northford, CT 06472-1501  
*Via First Class Mail*

Barbara H. Katz, Esq.  
Trustee  
*Via Electronic Notice of Filing*

Steven Bennett, Esq.  
Debtor's Attorney  
*Via Electronic Notice of Filing*

U.S. Trustee  
*Via Electronic Notice of Filing*

By */s/ Tracy F. Allen*  
Tracy F. Allen  
The Movant's Attorney  
Federal Bar No.ct27818  
Bendett & McHugh, P.C.  
270 Farmington Avenue, Suite 171  
Farmington, CT 06032  
Phone (860) 677-2868  
Fax (860) 409-0626

Email: BKECF@bmpc-law.com